## 12085

### WALLACE v. COASTAL HIGHWAY DISTRICT *ET AL.*

### (135 S. E., 557)

Original proceeding by J. W. Wallace, Sr., against Coastal Highway District and others. Petition dismissed.

*Messrs. Jos. L. Nettles* and *Reed, Daugherty & Hoyt* for petitioner.

*Mr. F. L. Wilcox* for respondents.

October 18, 1926.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

This appeal is controlled by the judgment of this Court in an opinion in the case of Evans against the same respondents (135 S. E., 538), this day filed.

The judgment of this Court is that the injunction prayed for be refused and that the petition be dismissed.

MESSRS. JUSTICES WATTS, BLEASE and STABLER and MR. ACTING ASSOCIATE JUSTICE RAMAGE concur.

MR. CHIEF JUSTICE GARY did not participate.